FILED
CLERK, U.S. DISTRICT COURT
OCT 16 2018
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, | Case 2:18-CV-01459-SVW-JPR |
| Plaintiff, | Proposed Judgment Re: Default Judgment |
| v. | |
| **Bijian Feng;** **Javier Jose Almaraz;** and Does 1-10, | |
| Defendants. | |

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Chris Langer shall have JUDGMENT in his favor in the amount of $9,185.00 against defendants Bijian Feng and Javier Jose Almaraz.

Additionally, defendants Bijian Feng and Javier Jose Almaraz, are ordered to provide an accessible parking space and accessible transaction counters at the property located at or about 1000 East 8th Street, Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: 10/16/18    By: _____
United States District Judge

*Presented by*:
Dennis Price, Esq.
858-375-7385
dennisp@potterhandy.com
Attorney for Plaintiff